**James MERRILL, Jr.**

v.

STATE

**CR-12-1607**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Samuel S. SUMMERS**

v.

STATE

**CR-12-1911**

Court of Criminal Appeals of Alabama.

02/27/2015

Reh. denied

**Ladipo Chad BETHEA**

v.

STATE

**CR-12-1960**

Court of Criminal Appeals of Alabama.

01/09/2015

Reh. denied

**Brittany HILL**

v.

STATE

**CR-12-1987**

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied